Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, individually, and on behalf of all others similarly situated, | Case No. 2:25-cv-05414-SPG-MBK |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| COLIBRI REAL ESTATE, LLC d/b/a XCEL SOLUTIONS, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

///

-1-

Notice of Settlement

Dated**:** September 23, 2025

        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

          By: <u>/s/ Todd M. Friedman</u>
             Todd M. Friedman
             Law Offices of Todd M. Friedman, P.C.
             Attorney for Plaintiff

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 23, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on September 23, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiff