UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COLIBRI REAL ESTATE LLC, d/b/a XCEL SOLUTIONS; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-05414-SPG-MBK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE (JS-6)**<br>**[ECF NO. 31]** |

Before the Court is the parties' Joint Stipulation of Dismissal of Action of the Individual Claims with Prejudice and the Putative Class Claims without Prejudice (ECF No. 31 ("Stipulation")). Having reviewed the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. Each party shall bear their own costs and attorney's fees. This case is hereby closed (JS-6).

**IT IS SO ORDERED.**

Dated: October 16, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE